JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS GARCIA, <br> Petitioner, <br> vs. <br> HARRINGTON, Warden, <br> Respondent. | Case No. CV 10-3502-VAP (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 29, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1